AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| In re. BangBros.com, Inc., DMCA Subpoena to PornerBros.com | ) | |
| ~~Plaintiff~~ | ) | |
| v. | ) | Civil Action No. 14-mc-818 |
| | ) | |
| ~~Defendant~~ | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: PornerBros.com
(Attn: General Counsel, 5429 Cahuenga Blvd., North Hollywood, CA 91601)

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: ~~Randazza Legal Group~~ 2 South Biscayne Boulevard, Suite 2600 Miami, FL 33131 | Date and Time: by 5:00 p.m. EST on Friday, November 14, 2014 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: OCT 14 2014

CLERK OF COURT

_____     OR     _____
Signature of Clerk or Deputy Clerk                         Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* BangBros.com, Inc. , who issues or requests this subpoena, are:
Jason A. Fischer, Randazza Legal Group, 2 South Biscayne Blvd., Suite 2600, Miami, FL 33131, Tel: 702-420-2001;
Email: jaf@randazza.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

In re. BangBros.com, Inc.,
DMCA Subpoena to               Case No. _____
PornerBros.com
_____/

EXHIBIT A
to Subpoena Commanding Production by PornerBros.com

Items and information requested pursuant to this subpoena are any and all information in your possession pertaining to the identity of the individuals who posted the advertisement previously available at the following URL:

http://ads.pornerbros.com/images/pb/427ade004a31dfb44f55329117cd5d8f.gif.

The information requested herein includes but is not limited to:

1. The individuals' names

2. The individuals' addresses

3. The individuals' phone numbers

4. The individuals' email addresses

5. Billing information for individuals' advertiser account

6. The physical address and phone number of the individuals' business.

# AFFIDAVIT

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

Before me, the undersigned authority, personally appeared Jason A. Fischer, who is personally known to me, and after being duly sworn, stated:

1. My name is Jason A. Fischer.

2. On October 3, 2014, I prepared and submitted a subpoena (the "Subpoena"), pursuant to 17 U.S.C. § 512(h), to the Clerk of the U.S. District Court for the Central District of California.

3. I do swear under penalty of perjury that the Subpoena sought is to obtain the identity of an alleged copyright infringer and that such information will only be used for the purpose of protecting the copyrights of BangBros.com, Inc.

4. I have personal knowledge of all facts set forth in this Affidavit.

5. The facts set forth in this Affidavit are true and correct.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
JASON A. FISCHER

**SWORN TO AND SUBSCRIBED** before me on October 3, 2014, by Jason A. Fischer, who is personally known to me.

_____
Notary Public

Print Name: BRY[...]

# RANDAZZA
## LEGAL GROUP

Jason Fischer <jaf@randazza.com>

## Notice of Copyright Infringement (DMCA)

**Jason A. Fischer** <jaf@randazza.com>  
To: dmca@pornerbros.com

Wed, Oct 1, 2014 at 1:19 PM

Dear Sir or Madam:

This law firm has the privilege of representing BangBros.com, Inc. (the "Company"), owner and operator of the adult entertainment subscription site having the same name. Recently, the Company has discovered a banner ad on DonkParty that incorporates an animated GIF that has been created using video materials owned by the Company. Below is the URL to the animated GIF file currently displayed on DonkParty:

http://ads.pornerbros.com/images/pb/427ade004a31dfb44f55329117cd5d8f.gif

For your ease of comparison, here is a link to a watermarked still image from the original video:

https://dl.dropboxusercontent.com/u/25394940/116703.png

When a user clicks on the live ad, their browser is directed through the following sequence of links:

1) http://ads.pornerbros.com/delivery/ck.php?oaparams=2__bannerid=4842__zoneid=128__cb=77c88cb659__oadest=http%3A%2F%2Fbzjgt.trackvoluum.com%2Fd9b37488-7837-4a21-ba03-828a56ee3c2b%3Fc1%3Dbanner2

2) http://bzjgt.trackvoluum.com/d9b37488-7837-4a21-ba03-828a56ee3c2b?c1=banner2

3) http://horny-hook-ups.com/index4.html?voluumdata=vid..00000000-a7af-4194-8000-000000000000__vpid..ff41c000-4983-11e4-86c9-0acb113f5e90__caid..d9b37488-7837-4a21-ba03-828a56ee3c2b__lid..a313c06f-4270-4dcc-99dd-c627c0400422__rt..R__oid1..62280d0b-3483-4712-987a-91fb9bcf2aed__var1..banner2&c1=banner2

4) http://www.milfaholic.com/?page=x5&wm_login=adsimilis&ps=p&AffID=9583&k2=SH01

The advertiser who provided this banner has never been given permission to use the Company's copyrighted material. Please accept this communication and my statement on behalf of the Company that I have a good faith belief that the use of the copyrighted materials described above is not authorized by the copyright owner, its agent, or the law. Accordingly, we request that this ad be disabled and that you provide us with contact information for the advertiser, so that we may address the Company's claim for relief directly.

I swear, under penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the owner of an exclusive right that is infringed. Should you require additional information please feel free to contact me by phone or email.

Regards.

/s/Jason A. Fischer

By typing "/s/" followed by my name above, I hereby adopt that electronic signature as my own, pursuant to 15 U.S.C. ß 7001 (the "ESIGN Act"), and affirmatively consent to its use as such.

---

**Jason A. Fischer\* | Randazza Legal Group**  
2 South Biscayne Blvd., Suite 2600 | Miami, Florida 33131  
Tel: 702-420-2001 | Fax: 305-397-2772  
Email: jaf@randazza.com | Website: www.randazza.com

Las Vegas | Philadelphia | San Francisco | Miami

---

\* Licensed to practice law in California and Florida.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named above. If you are not the intended

recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them. Thank you.